JUDGE HAVE PROVIDED THE MEMBERS WITH AN EXPLANA-
TION OF THE TERM "INCAPABLE"?

Briefs will be filed under Rule 25 on Issues I and II only.·

Tuesday, May 2, 2017

No. 16–0658/AR.   U.S. v. Tyler F. Ho.   CCA 20140068.   On consideration of Appellant's motion to file out of time and motion to file supplemental matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motions are hereby denied.

No. 17–0381/AF.   U.S. v. Corey J. Campbell.   CCA 38875.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 18, 2017.

No. 17–0382/AF.   U.S. v. Sean M. Oliver.   CCA 38858.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 18, 2017.

Wednesday, May 3, 2017

No. 17–0109/AR.   U.S. v. Charles Bonilla.   CCA 20131084.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues III, IV, and V, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0132/AR.   U.S. v. Scott E. Kissell.   CCA 20160014.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II,

and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0141/AR. U.S. v. Raymond J. Cooper. CCA 20150425. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the assigned issue, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0172/AR. U.S. v. Zachary S. Richardson–Hoeg. CCA 20150503. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0175/AR. U.S. v. Christopher R. Murphy. CCA 20160088. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0177/AR. U.S. v. Brian K. Jewell II. CCA 20160464. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the issue raised by Appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0178/AR. U.S. v. Michael J. Sadler. CCA 20160300. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Court of Criminal Appeals is affirmed.

No. 17–0179/AR. U.S. v. Eric R. Ramirez. CCA 20140022. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0180/AR. U.S. v. Cassandra M. Riley. CCA 20140960. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0188/AR. U.S. v. Tyran M. Alexander. CCA 20150223. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the issue raised by Appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0189/AR. U.S. v. Gary S. Oscar. CCA 20140445. On consideration of the petition for grant of review of the decision of the United States Army Court of